**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**

IN RE:                                                          BANKRUPTCY NO.  21-01441-JAW
LISA VICTORIA MOORE

**ORDER OF DISMISSAL**

     **THIS DAY,**  the above-styled and numbered case came before this Court on the Trustee's Motion to Dismiss (DK #       ).  After adequate notice the debtor has failed to make payments to the Trustee as required or to file with the Clerk of this Court a written responsive pleading to the Motion.

     **IT IS, THEREFORE ORDERED** that the above Chapter 13 proceeding is hereby dismissed.

**##END OF ORDER##**

                                                                     SUBMITTED BY:

                                                                     /s/ Harold J. Barkley, Jr.
                                                                     Harold J. Barkley, Jr. - Msb #2008
                                                                     Chapter 13 Trustee
                                                                     Post Office Box 4476
                                                                    Jackson, Ms 39296-4476
                                                                    Telephone:  601-362-6161
                                                                    e-mail:  hjb@hbarkley13.com