

**SO ORDERED,**

**Judge Jamie A. Wilson**
**United States Bankruptcy Judge**
**Date Signed: February 5, 2026**

The Order of the Court is set forth below. The docket reflects the date entered.

___

IN THE UNITED STATES BANKRUPTCY COURT FOR
THE SOUTHERN DISTRICT OF MISSISSIPPI

IN THE MATTER OF:      CHAPTER 13 NO.:

LISA VICTORIA MOORE      21-01441 – JAW

### ORDER

THIS CAUSE came before the Court on the Trustee's Motion to Dismiss (DK # 30), the Debtor's Response (DK # 31) and the Debtor's Amended Response (DK # 32); and the Court orders as follows:

THAT, the Trustee's Motion to Dismiss is withdrawn.

##END OF ORDER##

SUBMITTED BY:

_____
JUSTIN B. JONES – MSB # 103295
ATTORNEY FOR TRUSTEE
POST OFFICE BOX 4476
JACKSON, MS 39296-4476
PHONE: 601/362-6161
FAX: 601/362-8826
EMAIL: HJB@HBARKLEY13.COM