**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

**IN RE: Lisa Victoria Moore, Debtor** **Case No. 21-01441**
**Chapter 13**

# DEBTOR'S CERTIFICATION AND MOTION FOR ENTRY OF CHAPTER 13 DISCHARGE PURSUANT TO 11 U.S.C. §1328 (a) and (h)

**This motion seeks an order discharging the debtor(s) pursuant to § 1328(a) of the bankruptcy code. If you oppose this motion, you must file a response with the court within twenty-one (21) days from the date listed below in the certificate of service. Your response must set forth the specific factual allegations with which you disagree, and a copy of your response must be served on the debtor(s) and debtor's(s') attorney. If no timely response is filed, the court may grant this motion without holding a hearing. A timely response is necessary for a hearing to be held.**

1. By signing below, the debtor certifies under penalty of perjury that the following statements are true and correct:

   A. For cases filed on or after March 10, 2008, I have completed a personal financial management instructional course provided through an agency approved by the United States Trustee and have filed the certificate of completion provided by the course provider (in a joint case, both husband and wife must each complete the course and file a certificate of completion) or the approved personal financial management course provider has notified the court that I have completed a post-petition instructional course concerning personal financial management. **11 U.S.C. § 1328(g)**

   B. All pre-petition amounts owed by me on domestic support obligation ("Domestic Support Obligation" as defined at 11 U.S.C §101(14A)), if any, have been paid to the extent provided by the plan. All post-petition amounts owed by me on a domestic support obligation, if any, have been paid. **11 U.S.C §1328(a)**

   C. I have not received a discharge under chapter 7, 11 or 12 of the Bankruptcy Code in a prior case filed during the four-year period preceding the date that the petition was filed in this case. **11 U.S.C. §1328(f)(1)**

   D. I have not received a discharge under chapter 13 of the Bankruptcy Code in a prior case filed during the two-year period before the date that the petition was filed in this case. **11 U.S.C. §1328(f)(2)**

   E. I have not been convicted of a felony, the circumstances of which would demonstrate that the filing of this bankruptcy case constituted an abuse of the provisions of the Bankruptcy Code. **11 U.S.C. §1328(h)(1) and §522(q)(1)(A)**

   F. If I owe a debt arising from: (i) any violation of any State or Federal securities laws, regulations or orders, (ii) fraud, deceit or manipulation in a fiduciary capacity or in connection with the purchase or sale of any security, (iii) a civil remedy under 1964 of Title 18 of the United States Code, or (iv) that caused serious injury or death to another individual in the preceding five (5) years, in the preceding five (5) years, then I have not claimed an exemption for my/our residence in an amount in excess of the statutory cap as

prohibited by §522(q)(1) of the Bankruptcy Code. **11 U.S.C. §1328(h)(1) and §522(q)(1)(B)**

G. No proceeding is pending in which I may be found guilty of a felony of the kind described in §522(q)(1)(A) or in which I may be found liable for a debt of the kind described in §522(q)(1)(B). **11 U.S.C. §1328(h)(2)**

H. I have made all payments required by my confirmed Chapter 13 plan.

2. Debtor hereby moves the court for the entry of a discharge order in this case.

Signed: /s/ Lisa Victoria Moore______________ 10-29-2026__
Lisa Victoria Moore Date

/s/ Thomas C. Rollins, Jr.____________ 10-29, 2026__
Thomas C. Rollins, Jr., MS Bar No. 103469 Date
Attorney for the Debtor
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
601.500.5533

3. Mailing address for filing responses:

Jackson Office:
Danny L. Miller, Clerk
United States Bankruptcy Court
Thad Cochran US Courthouse
501 E Court St, Ste 2.300
Jackson, MS 39201

Gulfport Divisional Office:
Danny L. Miller, Clerk
United States Bankruptcy Court
Dan M. Russell, Jr. U.S. Courthouse
2012 15th St, Suite 244
Gulfport, MS 39501

**CERTIFICATE OF SERVICE**

On October 29, 2026, a copy of this pleading was served on each of the persons listed on the attached service list either by prepaid United States mail or via electronic service through the Court's EM/ECF system at the mailing addresses and/or email addresses indicated.

/s/ Thomas C. Rollins, Jr.__________
Thomas C. Rollins, Jr.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| IN RE:<br>LISA VICTORIA MOORE | CASE NO: 21-01441<br>**DECLARATION OF MAILING CERTIFICATE OF SERVICE**<br>Chapter: 13 |

On 10/29/2026, I did cause a copy of the following documents, described below,

Motion for Entry of Chapter 13 Discharge

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 10/29/2026

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr.

The Rollins Law Firm
702 West Pine St
Hattiesburg, MS 39401
601-500-5533
trollins@therollinsfirm.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:

LISA VICTORIA MOORE

CASE NO: 21-01441

**CERTIFICATE OF SERVICE**
**DECLARATION OF MAILING**

Chapter: 13

On 10/29/2026, a copy of the following documents, described below,

Motion for Entry of Chapter 13 Discharge

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 10/29/2026

Victoria Blake

Victoria Blake
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Thomas C. Rollins, Jr.
The Rollins Law Firm
702 West Pine St
Hattiesburg, MS 39401

**(The following pages contain parties served via First Class USPS Mail Service unless stated otherwise.)**

CASE INFO

LABEL MATRIX FOR LOCAL NOTICING
NCRS ADDRESS DOWNLOAD
CASE 21-01441
SOUTHERN DISTRICT OF MISSISSIPPI
THU OCT 29 10-46-55 PST 2026

ADVANCED RECOVERY SYSTEMS INC
CO SIMPSON LAW FIRM PA
P O BOX 2058
MADISON MS 39130-2058

EXCLUDE

~~US BANKRUPTCY COURT~~
~~THAD COCHRAN US COURTHOUSE~~
~~501 E COURT STREET~~
~~SUITE 2300~~
~~JACKSON MS 39201-5036~~

ADT
PO BOX 371490
PITTSBURGH PA 15250-7490

ACCEPTANCE NOW
5501 HEADQUARTERS
PLANO TX 75024-5837

EXCLUDE

~~(D)ADVANCED RECOVERY SYSTEMS INC~~
~~CO SIMPSON LAW FIRM PA~~
~~P O BOX 2058~~
~~MADISON MS 39130-2058~~

(P)AMERICOLLECT INC
PO BOX 2080
MANITOWOC WI 54221-2080

BAPTIST HOSPITAL
PO BOX 23090
JACKSON MS 39225-3090

BYRD WISER
PO BOX 1939
BILOXI MS 39533-1939

CAPITAL ONE
PO BOX 60599
CITY OF INDUS CA 91716-0599

CHRIS D HUGHES
CO FRANKLIN COLLECTION SERVICE
PO BOX 3910
TUPELO MS 38803-3910

FSNB NA
511 SW A AVE
LAWTON OK 73501-3927

FRANKLIN COLLECTION SE
2978 W JACKSON ST
TUPELO MS 38801-6731

JOHN S SIMPSON ESQ
SIMPSON LAW FIRM PA
BEHALF OF ADVANCED RECOVERY SYSTEMS INC
PO BOX 2058
MADISON MS 39130-2058

MADISON RADIOLOGICAL G
401 BAPTIST DR
MADISON MS 39110-2009

MAE GRIFFIN
1117 VALLEY ST
JACKSON MS 39203

MISSISSIPPI PHYSICIANS
75 REMITTANCE RD
STE 60675-1157

NATHAN T SIMPSON ESQ
SIMPSON LAW FIRM PA
ATTORNEY FOR ADVANCED RECOVERY SYSTEMS
PO BOX 2058
MADISON MS 39130-2058

NATIONWIDE RECOVERY SY
3000 KILLWAY DR 180
CARROLLTON TX 75006-3304

NISSAN OF NORTH AMERIC
PO BOX 685001
FRANKLIN TN 37068-5001

PEBBLE CREEK APARTMENT
5255 MANHATTAN RD
JACKSON MS 39206-4253

QUANTUM3 GROUP LLC AS AGENT FOR
CF MEDICAL LLC
PO BOX 788
KIRKLAND WA 98083-0788

RADIOLOGICAL GROUP PA
1405 N STATE ST
STE 200
JACKSON MS 39202-1648

SMITH ROUCHON ASSOC
1456 ELLIS AVENUE
JACKSON MS 39204-2204

SOUTHEAST AUTO FINANCI
12100 HWY 29
STE 724
GULFPORT MS 39503

TITLE LOANS
4555 I55 FRONTAGE RD
JACKSON MS 39206

UMMC
PO BOX 3488
DEPT 05-077
TUPELO MS 38803-3488

~~EXCLUDE~~

~~UNITED STATES TRUSTEE~~
~~501 EAST COURT STREET~~
~~SUITE 6-430~~
~~JACKSON MS 39201-5022~~

~~EXCLUDE~~

~~HAROLD J BARKLEY JR~~
~~PO BOX 4476~~
~~JACKSON MS 39296-4476~~

JENNIFER A CURRY CALVILLO
THE ROLLINS LAW FIRM
702 W PINE ST
HATTIESBURG MS 39401-3836

DEBTOR

LISA VICTORIA MOORE
987 E NORTHSIDE DRIVE
APT 8F
JACKSON MS 39206-4956

~~EXCLUDE~~

~~THOMAS CARL ROLLINS JR~~
~~THE ROLLINS LAW FIRM PLLC~~
~~PO BOX 13767~~
~~JACKSON MS 39236-3767~~